**The People of the State of Illinois, Plaintiff-Appellee, v. Phillip Sharp, Defendant-Appellant.**

Gen. No. 67–96. 

Fifth District.

April 19, 1968.

Don P. Koeneman, of Chester, Illinois, for appellant; Byron L. Connell, State's Attorney of Pulaski County, of Mound City, Illinois, for appellee. Opinion PER CURIAM. Not to be published in full.